UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEE FAULKNER, | ) | Case No. CV 08-07706 DDP (JWJx) |
| | ) | |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE WHY THIS** |
| | ) | **ACTION SHOULD NOT BE DISMISSED** |
| v. | ) | **FOR LACK OF SUBJECT MATTER** |
| | ) | **JURISDICTION** |
| STEPHANIE DOMINGUEZ, an | ) | |
| individual, MICHELLE SPACH, | ) | |
| an individual, PAUL LOBER, | ) | |
| an individual, KEVIN | ) | |
| SHERMAN, an individual, | ) | |
| SOUTHWEST AIRLINES, a Texas | ) | |
| corporation, TRANSPORT | ) | |
| WORKERS UNION OF AMERICA, | ) | |
| TRANSPORT WORKERS UNION | ) | |
| LOCAL 555, and Does 1 | ) | |
| through 10, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court orders the parties to show cause why this action
should not be dismissed for lack of subject matter jurisdiction.
Plaintiff filed this action in federal court against Defendants for
wrongful termination, breach of contract, breach of the implied
covenant of good faith and fair dealing, and intentional infliction
of emotional distress conspiracy.  Plaintiff alleges that he was
harassed by fellow co-workers at Southwest Airlines, improperly

1  sent a warning letter, and singled out for termination after a

2  hearing about falsifying a doctor's note.

3       A federal court shall have original jurisdiction of all civil

4  actions arising under the Constitution, laws, or treaties of the

5  United States.  28 U.S.C. § 1331.  Here, Plaintiff alleges that

6  this Court has federal question jurisdiction over the matter

7  pursuant to 45 U.S.C. Subchapter II.  However, it is not clear to

8  the Court that there are claims "arising under" the Federal

9  Constitution which appear on the face of Plaintiff's Complaint that

10  satisfy the jurisdictional requirements of § 1331.

11       Accordingly, the Court orders the parties to file cross-

12  briefs, not to exceed five pages, by Monday, February 23, 2009, to

13  show cause why this action should not be dismissed for failure to

14  satisfy federal question jurisdiction.  The parties should also

15  deliver courtesy copies to chambers, Room 244-J, Second Floor, 312

16  N. Spring Street, Los Angeles.  The Court notes that the Plaintiff

17  has the burden of establishing subject matter jurisdiction.  If a

18  party does not file a brief, the court will regard that party as

19  not opposing dismissal of this action.  A hearing is scheduled on

20  this matter for Monday, March 9, 2009 at 10:00 a.m.

21

22  IT IS SO ORDERED.

23

24

25  Dated: February 6, 2009

                              _____
26                            DEAN D. PREGERSON
                              United States District Judge
27

28

2