STEPHEN P. BERZON (SBN 46540)
  E-mail: sberzon@altshulerberzon.com
BARBARA J. CHISHOLM (SBN 224656)
  E-mail: bchisholm@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

EDWARD B. CLOUTMAN, III, appearing *pro hac vice*
  E-mail: crawfish11@prodigy.net
Law Offices of Edward B. Cloutman, III
3301 Elm Street
Dallas, TX 75226
Telephone: (214) 939-9222
Facsimile: (214) 939-9229

Attorneys for Defendant
TRANSPORT WORKERS UNION LOCAL 555

NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE FAULKNER,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>STEPHANIE DOMINGUEZ, an individual, MICHAEL SPACH, an individual, PAUL LOBER, an individual, KEVIN SHERMAN, an individual, SOUTHWEST AIRLINES, a Texas corporation; TRANSPORT WORKERS UNION OF AMERICA, TRANSPORT WORKERS UNION LOCAL 555, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. CV08-07706 DDP (AGRx)<br><br>**JUDGMENT**<br><br>Time: 10:00 a.m.<br>Date: January 25, 2010<br>Judge: Honorable Dean D. Pregerson<br>Dept.: 3 |

[Proposed] Judgment
Case No. CV08-07706 DDP (AGRx)

1       Upon careful consideration of the motion for summary judgment filed by
2 Defendant Transport Workers Union of America, AFL-CIO, Local 555 (the
3 "Union"), and the memorandum, declarations and Proposed Statement of
4 Uncontroverted Facts and Conclusions of Law filed in support thereof; the Statement
5 of Non-Opposition to the Union's motion for summary judgment filed by Plaintiff
6 Lee Faulkner; and the applicable statutory and case law, it is hereby ORDERED and
7 ADJUDGED that plaintiff Lee Faulkner take nothing, that the action be dismissed,
8 and that defendant Transport Workers Union of America, AFL-CIO, Local 555
9 recover its costs.

11 Dated: January 20, 2010

                                          Hon. Dean D. Pregerson
                                          United States District Judge