| | |
|---|---|
| 1 | Michael N. Westheimer (State Bar No. 178938) |
| 2 |     E-mail: Michael.Westheimer@bakernet.com<br>Brian Wong (State Bar No. 260913) |
| 3 |     E-mail: Brian.Wong@bakernet.com<br>**BAKER & McKENZIE LLP** |
| 4 | 660 Hansen Way<br>Palo Alto, CA 94304-1044 |
| 5 | Telephone: +1 650 856 2400<br>Facsimile: +1 650 856 9299 |

JS-6

Attorneys for Defendant
SOUTHWEST AIRLINES CO.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE FAULKNER,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHANIE DOMINGUEZ, an individual; MICHELLE SPACH, an individual; PAUL LOBER, an individual; SOUTHWEST AIRLINES, a Texas corporation; TRANSPORT WORKERS UNION OF AMERICA, TRANSPORT WORKERS UNION LOCAL 555,<br><br>    Defendants. | **Case Nos. CV08-07706 DDP (AGRx)**<br><br>JUDGMENT<br><br>Date: January 25, 2010<br>Time: 10:00 a.m.<br>Judge: Hon. Dean D. Pregerson<br>Dept.: 3 |

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

PALDMS/409549.1

Case No CV08-07706 DDP (AGRx)
[PROPOSED] JUDGMENT

Upon careful consideration of the motion for summary judgment filed by Defendant Southwest Airlines Co. ("Southwest"), and the memoranda, declarations, exhibits and Proposed Statement of Uncontroverted Facts and Conclusions of Law filed in support thereof; the opposing briefs and declarations filed by Plaintiff Lee Faulkner; the pleadings and papers on file with the Court in this action; and the applicable statutory and case law, and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that Plaintiff Lee Faulkner take nothing, that the action be dismissed on the merits, and that Defendant Southwest Airlines Co. recover its costs.

Dated: January 29, 2010

HON. DEAN D. PREGERSON
United States District Judge

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

PALDMS/409549.1

1

Case No CV08-07706 DDP (AGRx)
[PROPOSED] JUDGMENT